# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1358
LT Case No. 05-2005-DR-17090

———————————————

ZABDIAL PHILLIPS,

    Appellant,

    v.

DEPARTMENT OF REVENUE O/B/O
CASSANDRA CLAIRE ENO,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Robert Alan Segal, Judge.

Zabdial Phillips, Merritt Island, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee.

February 3, 2026

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____